McCALEB, J., is of the opinion that a writ should be granted.

165 So.2d 487

**Grant MOSES**

**v.**

**Lola Bell SANDERS, Baty Sanders and Marquette Casualty Company.**

**No. 47367.**

July 1, 1964.

In re: Grant Moses applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Feliciana. 164 So.2d 177.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.